# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ESLA,<br><br>            Plaintiff,<br><br>       v.<br><br>PODS ENTERPRISES, LLC,<br><br>            Defendant. | Case No.  1: 22-cv-00080-JLT-BAK<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF Nos. 5, 7) |

A scheduling conference is set in this matter for March 16, 2022.  (ECF No. 5.)  On January 26, 2022, the parties filed a stipulation requesting the scheduling conference be continued due to a scheduling conflict of counsel due to a trial in another matter.  (ECF No. 7.)  The Court finds good cause to approve the stipulated request.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for March 16, 2022, is CONTINUED to **April 28, 2022, at 10:00 a.m.** in Courtroom 9; and

///

///

///

///

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 27, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2