1  H. Ty Kharazi, Esq. SBN 187894
   **H. TY KHARAZI, A Professional Law Corporation**
2  1300 E. Shaw Ave., Suite 170
   Fresno, CA 93710
3  Telephone: (559) 210-0090
   Facsimile: (559) 389-0373
4
5  Attorneys for Plaintiff,
   ALAN ESLA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ESLA,<br><br>    Plaintiff,<br><br>    v.<br><br>PODS ENTERPRISES, LLC, a Florida Limited Liability Company; and DOES 1-25,<br><br>    Defendants. | Case No.   1:22-cv-00080-JLT-BAK (SAB)<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON**<br><br>**Date:**      April 28, 2022<br>**Time:**     10:00 a.m.<br>**Judge:**    Hon. Stanley A Boone,<br>              U.S. Magistrate Judge<br>**Location:** United States Courthouse<br>              510 9th Street<br>              Bakersfield, California. |

**TO THE HONORABLE STANLEY A. BOONE, U.S. MAGISTRATE JUDGE:**

IT IS HEREBY STIPULATED by and between Plaintiff, ALAN ESLA ("Plaintiff"), and Defendant, PODS ENTERPRISES, LLC ("Defendant," and together with Plaintiff, "the Parties"), through their respective counsel, and subject to this Court's Order, that the Scheduling Conference currently set for April 28, 2022, at 10:00 a.m. before the Honorable Magistrate Judge Stanley A. Boone, be continued to **May 31, 2022,** at **10:30 a.m.** in Courtroom 9.

This continuance was requested by parties because:

1. The matter is close to settlement and the parties believe a settlement can be reached short of a formal scheduling order.

2. If a settlement is not reached, the parties anticipate stipulating to remand the case to the Kern Superior Court as the monetary value of the case will be below the threshold required under 28 U.S.C. §1441.

The continuance will allow Plaintiff's counsel to meet and confer with the Counsel for the Defendant and finalize the settlement of the matter and will save the court valuable time and resources in avoiding to have to conduct a formal Scheduling Conference.

**IT IS SO STIPULATED:**

                                       **H. TY KHARAZI, APLC**

Dated: April 13, 2022.

                                       /s/ H. Ty Kharazi
                                       _____
                                       H. TY KHARAZI, Attorney for Plaintiff, ALAN ESLA

                                       **BEAUDOIN & KRAUSE-LEEMON, LLP**

Dated: April 14, 2022.

                                       /s/ David R. Krause-Leemon
                                       _____
                                       DAVID R. KRAUSE-LEEMON, Attorney for Defendants, PODS ENTERPRISES, LLC

## ORDER

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Scheduling Conference currently set for April 28, 2022, at 10:00 a.m. shall be continued to May 31, 2022, at 10:30 a.m. in Courtroom 9 before the Honorable Magistrate Judge Stanley A. Boone.

This date will be vacated if a joint request for dismissal or a stipulation for remand is filed at least 7 days before the Scheduling Conference date.

IT IS SO ORDERED.

Dated:   **April 14, 2022**

UNITED STATES MAGISTRATE JUDGE