# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ESLA,<br><br>    Plaintiff,<br><br>    v.<br><br>PODS ENTERPRISES, LLC,<br><br>    Defendant. | Case No.: 1:22-cv-00080-JLT-BAK (SAB)<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 12) |

The parties report that they have settled the matter and indicate they will file a joint stipulation for dismissal with prejudice within 45 days.  (Doc. 12).  Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than June 24, 2022**; and

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **May 10, 2022**                                      

                                                            UNITED STATES MAGISTRATE JUDGE