H. Ty Kharazi, Esq. SBN 187894
**H. TY KHARAZI, APLC**
1300 East Shaw Avenue, Suite 170
Fresno, CA 93710
Telephone: (559) 210-0090
Facsimile: (559) 441-1215
Ty@Kharazilaw.com

Attorney for Plaintiff,
ALAN ESLA

David Krause-Leemon, SBN 185719
**BEAUDOIN & KRAUSE-LEEMON**
15303 Ventura Blvd. Building C, Suite 870
Sherman Oaks, CA 91403
Telephone: 818-230-7469
David@bk-llaw.com

Attorneys for Defendant
PODS Enterprises, LLC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN ESLA,<br><br>         Plaintiff,<br><br>    v.<br><br>PODS ENTERPRISES, LLC, a Florida Limited Liability Company; and DOES 1-25,<br><br>         Defendants. | Case No.   1:22-cv-00080-JLT-BAK (SAB)<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE.**<br><br>**Judge:**     Hon. Stanley A Boone,<br>                  U.S. Magistrate Judge |

IT IS HEREBY STIPULATED by and between Plaintiff, ALAN ESLA, and Defendant, PODS ENTERPRISES, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action to be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Respectfully Submitted,

**H. TY KHARAZI, APLC.**

Dated: May 26, 2022

/s/ H. Ty Kharazi
_____
H. TY KHARAZI, Attorney for Plaintiff,
ALAN ESLA

**BEAUDOIN & KRAUSE-LEEMON, LLP**

Dated: May 26, 2022.

/s/ David R. Krause-Leemon
_____
DAVID R. KRAUSE-LEEMON, Attorney for
Defendants, PODS ENTERPRISES, LLC.

## **ORDER**

In accordance with the above stipulation, IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice in its entirety, with each party bearing its own attorneys' fees and costs. The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately without further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **June 1, 2022**

_____
UNITED STATES MAGISTRATE JUDGE